IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

\_\_\_\_ FILED   \_\_\_\_ ENTERED
\_\_\_\_ LOGGED   \_\_\_\_ RECEIVED

JUL 26 2024

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Tavon Howard 2/2/1993
DOC# 495-946   SJD# 2682376   *
13800 McMullen Highway SW
Cumberland, Maryland
21502                             *

(Full name, date of birth, identification #, address of petitioner)

**Plaintiff,**

v. Bernice Mace
M.A.T Program
Medical Assisted Treatment   *
Buprenorphine Program
13800 McMullen Highway SW
Cumberland, Md 21502
(Full name and address of respondent)

**Defendant(s).**

Case No.:_____
(Leave blank. To be filled in by Court.)

## COMPLAINT

I. Previous Lawsuits

  A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

  YES ☐   NO ☒

  B. If you answered YES, describe that case(s) in the spaces below.

   1. Parties to the other case(s):

   Plaintiff: _____

   Defendant(s): _____

   2. Court (if a federal court name the district; if a state court name the city or county):

   _____

Page 6 of 13

Instructions&Form1983 (09/2019)

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

7. Date of Disposition: _____

II. Administrative Proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☒   NO ☐

1. If you answered YES:

   a. What was the result? **Still pending**

   b. Did you appeal?

   YES ☐   NO ☒

2. If you answered NO to either of the questions above, explain why: _____

III. Statement of Claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

Dr. Bernice Mace is the head doctor for W.C.I MAT Program. ON Friday, July 14, 2024, Dr. Mace expelled me from the program for assuming I was diverting medication. I was recieving twenty-four (24) milligrams and was instantly decreased to two (2) milligrams, which has made me very sick. I was never caught in possesion of any Medication, Paraphernila, or Contraband.

➡ See Attached

Instructions&Form1983 (09/2019)

Page 7 of 13

I have been taking this medication my entire incarceration which is a total of three (3) years. I was accepted into the M.A.T program November 2023. This medication is not something I want or crave. Its something that is needed to help my body function normally.
This medication is being used to punish inmates instead of rehabilatating them for re-entry of the community. This is cruel and unusual punishment and is in violation of many more laws.

IV. Relief
(State briefly what you want the Court to do for you.)

Uphold the law to the fullest extent.

SIGNED THIS __23__ day of __July__, __2024__.

_____
Signature of Plaintiff

Tavon Howard
Printed Name

13800 McMullen Highway SW
Address

_____
Telephone Number

_____
Email Address

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Tavon Howard 2-2-1993
DOC# 495-946   SID# 2682376
13800 McMullen Highway SW
Cumberland, Maryland
21502

(Full name, date of birth, identification #, address of petitioner)
Plaintiff,

v.

Bernice Mace
M.A.T. Program
13800 McMullen Highway SW
Cumberland, Maryland 21502

(Full name and address of defendant)
Defendant(s).

Case No.: _____
(Leave blank. To be filled in by Court.)

## CERTIFICATE OF SERVICE

I hereby certify that on 23, July, 2024, a copy of 1983 Civil Lawsuit was mailed via first class mail, postage prepaid, to 101 W. Lombard street Baltimore, Md 21201

_____
Signature of Plaintiff

Tavon Howard
Printed Name

13800 McMullen Highway, Cumberland, Md 21502
Address

_____
Telephone Number

_____
Email Address