Tavon Howard
Plaintiff

v.

Bernice Mace
Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Civil Action No. 24-CV-2199-LKG

## Plaintiff Reply

1. The defendant claims the plaintiff failed to state a claim upon which relief may be granted. The matter of Record or Inmate hearing Record [supplement page 23] Hearing officer Christopher Wedlock states "defendant appears to pick <u>something</u> off the ground." [Supplement Page 26] Hearing officer Wedlock also states "a reasonable person would find that extremely unlikely". Mr. Wedlock is assuming and has no facts. He went with his own belief's. What is something? Why didn't he name it? speculation and conjucture is not law but ones own theory. This is not fact. Plaintiff should be entitled to relief.

2. The genuine dispute of material fact is Bernice Mace took over the MAT Program for Dr. Buzy June 2024 and all increase and decrease of medication must be approved by her. No other nurse or doctor has authority over the MAT Program or the patients that are enrolled. There were multiple notes supposedly entered in (EPHR) so if this is a fact, why is their no note or paper trail of the taper process which begin on 7-14-24. Second, why was the plaintiff not tapered/decreased in the same manner he was increased with the medication? Last, between the dates of July 17, 2024 and September 3, 2024 Plaintiff wrote multiple sickcalls for withdrawl symptoms and addiction medication. (Inmate Log Sheet pages 1-7) Timestamped and filed with court. Why would it take almost a month and a half to respond to urgent life threating matters?

3. The grounds in which the defendant filed a motion to dismiss is based on speculation and conjucture. During Bernice Mace Declaration she state's on page two/bullet four "she expelled me from the program for <u>assuming</u> he was diverting medication." An assumption is not a fact it is a guess.