

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# OFFICE OF THE CLERK
# PRISONER CASE DEFICIENCY NOTICE

January 3, 2025

Tavon Howard
495946 / 2682376
13800 McMullen Highway Sw
Cumberland, MD 21502

Re: 1:24−cv−02199−LKG  Howard v. Mace

Docket Number: 17

On 01/02/2025, the Clerk's Office received a filing from you that is deficient for the reasons checked below. Please correct each deficiency and re−file any necessary papers **WITHIN 28 DAYS FROM THE DATE OF THIS LETTER.** If you do not comply, your case may be dismissed without further notice.

If checked below, this item needs correction:

|   | |
|---|---|
| X | **Your document is being returned because it is missing the required signatures.**<br><br>The document you provided does not have the <u>original signature</u> of each plaintiff/petitioner who is filing the document. See Rule 11 of Federal Rules of Civil Procedure; Local Rule 102.1(a)(ii).<br><br>You need to return the document to the Clerk with the original signature of each named plaintiff/petitioner that is filing the document. |
|   | **You do not have a current and valid address where case related papers may be served. Every document that you file must have a valid address.**<br><br>You need to provide a current and valid address where mail can be sent. See Local Rule 102.(b)(i)(iii). |

Northern Division º 4415 U.S. Courthouse º 101 W. Lombard Street º Baltimore, Maryland 21201 º 410−962−2600
Southern Division º 240 U.S. Courthouse º 6500 Cherrywood Lane º Greenbelt, Maryland 20770 º 301−344−0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**

| |
|---|
| **You did not pay the filing fee, or file an application to proceed IFP to waive the filing fee.** <br><br> You must either pay the full filing fee or, if you cannot afford to pay the filing fee, you must submit a <u>fully completed</u> and signed IFP application. <br><br> The filing fee is $ 405 for a prisoner civil rights action and $5 for a habeas petition filed under 28 U.S.C. Â§ 2241 or Â§ 2254. If you are a prisoner and are granted permission to proceed IFP on a civil rights action, your filing fee will total only $350 because the $55 administrative fee will be waived. <br><br> A new application to proceed IFP is enclosed. |
| **You did not file a <u>fully completed</u> application to proceed in forma pauperis ('IFP').** <br><br> The court cannot determine your income and/or expenses based on the information you provided. If you receive support from any source it must be listed on the IFP application. You need to either pay the full filing fee or return a fully completed and signed IFP application. <br><br> The filing fee is $ 405 for a prisoner civil rights action and $5 for a habeas petition filed under 28 U.S.C. Â§ 2241 or Â§ 2254. If you are a prisoner and are granted permission to proceed IFP on a civil rights action, your filing fee will total only $350 as the $55 administrative fee will be waived. <br><br> A new application to proceed IFP is enclosed. |
| **Your motion to amend the complaint is being returned because you did not also file a proposed amended complaint.** <br><br> You filed a motion to amend the complaint but did not provide a copy of the proposed amended complaint with your motion. See Local Rule 103.6(a). <br><br> You need to file both a motion to amend the complaint and the proposed amended complaint if you want the motion to be considered. |
| Other: [explain] |

 

_____/s/_____ <br>
Catherine M. Stavlas <br>
Clerk of Court

Northern Division º 4415 U.S. Courthouse º 101 W. Lombard Street º Baltimore, Maryland 21201 º 410–962–2600 <br>
Southern Division º 240 U.S. Courthouse º 6500 Cherrywood Lane º Greenbelt, Maryland 20770 º 301–344–0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**